## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **JAMES BARNES, PHILLIP WHITEHEAD and WALTER CLARK, individually and on behalf of all others similarly situated,** )<br>)<br>)<br>) | Case No. 1:13-cv-6243 |
| **Plaintiffs,** )<br>) | |
| ) | Hon. Gary Feinerman |
| v. )<br>) | |
| **AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,** )<br>)<br>) | |
| **Defendant.** )<br>) | |

### NOTICE OF MOTION

**TO:** See Service List below.

**PLEASE TAKE NOTICE** that on **October 13, 2016, at 9:00 AM**, the undersigned will appear before the Honorable Gary Feinerman, or any other judge presiding in his stead, in Room 2125 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn St., Chicago, Illinois, and shall then and there present **Joint Motion for Preliminary Approval of Class Action Settlement**, a copy of which is attached hereto and served herewith upon you.

Dated: October 4, 2016

                                            Respectfully submitted,

                                            By: _____/s/ Jacie C. Zolna_____

Myron M. Cherry
Jacie C. Zolna
MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 372-2100
*Attorneys for Plaintiffs and the Class*

### *CERTIFICATE OF SERVICE*

 The undersigned hereby certifies that she served the foregoing **Notice of Motion** and **Joint Motion for Preliminary Approval of Class Action Settlement** upon:

| | |
|---|---|
| Michael E. Abram<br>mabram@cwsny.com<br>Joshua J. Ellison<br>jellison@cwsny.com<br>Michael L. Winston<br>mwinston@cwsny.com<br>Thomas N. Ciantra<br>tciantra@cwsny.com<br>COHEN, WEISS AND SIMON<br>330 West 42nd Street<br>New York, New York 10036<br><br>Andrew L. Goldman<br>agoldman@goldmanismail.com<br>Rami N Fakhouri<br>rfakhouri@goldmanismail.com<br>Goldman Ismail Tomaselli Brennan<br>& Baum LLP<br>564 W. Randolph St., Ste. 400<br>Chicago, Illinois 60661 | Jonathan A Cohen<br>jonathan.cohen@alpa.org<br>Marcus C. Migliore<br>marcus.migliore@alpa.org<br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL<br>1625 Massachusetts Ave NW, 8th Floor<br>Washington, DC 20036<br><br>Matthew E. Babcock<br>matthew.babcock@alpa.org<br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL<br>535 Herndon Parkway<br>Herndon, Virginia 20170 |

via the electronic filing system, on the 4th day of October, 2016.

                     /s/ Jacie C. Zolna