# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

James Barnes, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:13−cv−06243
                                                        Honorable Gary Feinerman

Air Line Pilots Association, International

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 7, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Hearing on joint motion for preliminary approval of class action settlement [236] set for 10/13/2016 at 9:00 a.m. [237] is re−set for 9:30 a.m. Status hearing set for 10/13/2016 at 9:00 a.m. [235] is re−set for 9:30 a.m. TIME CHANGE ONLY.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.