# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

James Barnes, et al.

                                         Plaintiff,

v.                                                                Case No.: 1:13−cv−06243

                                                                           Honorable Gary Feinerman

Air Line Pilots Association, International

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. For the reasons stated on the record, joint motion for preliminary approval of class action settlement [236] is granted, with the modifications stated by the court on the record. Enter order. Fairness hearing set for 2/9/2017 at 2:00 p.m. Plaintiffs' motion for partial summary judgment on the Sanderson issue [219] is denied without prejudice. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.