IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES BARNES, PHILLIP WHITEHEAD, and WALTER CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>Defendant. | Case No. 1:13-cv-6243<br><br>Hon. Gary Feinerman<br><br>ORDER ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

1) For the reasons stated on the record, the Joint Motion for Preliminary Approval of Class Action Settlement [236] is **GRANTED**, subject to the two modifications regarding notice that were stated on the record. The settlement of this matter is preliminarily approved.

2) On or before November 10, 2016, Class Counsel shall send notice of the settlement to the Class Members in the form attached as Exhibit B to the Settlement Agreement. as stated on the record, notice shall be sent by U.S. mail and email (for those class members for whom ALPA has their email address). In addition, Section XI of the notice shall include the following statement: "A copy of the Settlement Agreement can also be obtained from Class Counsel by contacting them at the address or email addresses listed above."

3) On or before December 8, 2016, Class Counsel shall file their petition for attorneys' fees and costs.

4) Any objections by Class Members to the settlement must be filed no later than January 5, 2017.

5) Requests by Class Members to opt-out of the class and settlement must be postmarked no later than January 5, 2017.

6) On or before January 16, 2017, Class Counsel shall provide Defendant with a list of Class Members who elected to opt-out.

7) The parties shall respond to any objections by January 26, 2017.

8) A final approval hearing is set for February 9, 2017 at 2:00 p.m.

Dated: October 13, 2016

_____
Hon. Gary Feinerman
United States District Court Judge