# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

James Barnes, et al.

                              Plaintiff,

v.                                            Case No.: 1:13−cv−06243

                                                                        Honorable Gary Feinerman

Air Line Pilots Association, International

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 9, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Plaintiff' motion for final approval of class action settlement [247] and Plaintiffs' petition for attorney fees and costs [241] is granted. The class action settlement is approved, and class counsel is awarded $700,000.00 in attorney fees and $32,663.62 in costs. All claims have been resolved. The 5/1/2017 jury trial [229] and 4/18/2017 final pretrial conference [229] are stricken. Enter judgment order. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.