# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 13, 2018

Before:  KENNETH F. RIPPLE, Circuit Judge
DIANE S. SYKES, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

| No. 17-1438 | DAVID BISHOP and ERIC LISH, Plaintiffs - Appellants<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-06243<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman ||

The judgment of the District Court is **REVERSED**, with costs, and this case is **REMANDED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:

_[signature]_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit