IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BISHOP and ERIC LISH, individually and on behalf of all others similarly situated, ) ) ) ) *Plaintiffs*, ) ) v. ) ) AIR LINE PILOTS ASSOCIATION, ) INTERNATIONAL, ) ) *Defendant*. ) ) | No. 1:13-cv-6243 Honorable Gary Feinerman Magistrate Judge Jeffrey Cole |

**DEFENDANT AIR LINE PILOTS ASSOCIATION INTERNATIONAL'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Northern District of Illinois Local Rule 56.1, Defendant Air Line Pilots Association, International ("ALPA") hereby moves this Court to enter summary judgment in favor of ALPA and against Plaintiffs. ALPA's motion is supported by a Memorandum of Law, Local Rule 56.1 Statement of Undisputed Material Facts, and Declarations of Marcus C. Migliore and Joshua J. Ellison.

Dated: April 24, 2020

Respectfully submitted,

**AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL**

By: */s/ Rami N. Fakhouri*
One of Its Attorneys

1

<div style="columns: 2">

Jonathan A Cohen (*pro hac vice*)
Marcus C. Migliore (*pro hac vice*)
Air Line Pilots Association, International
1625 Massachusetts Avenue, NW, 8th Floor
Washington, DC 20036
(202) 797-4080
*jonathan.cohen@alpa.org*
*marcus.migliore@alpa.org*

Thomas N. Ciantra (*pro hac vice*)
Air Line Pilots Association, International
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
(703) 481-2468
*thomas.ciantra@alpa.org*

Andrew L. Goldman
Rami N. Fakhouri
Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Tel.: (312) 681-6000
Fax: (312) 881-5191
*agoldman@goldmanismail.com*
*rfakhouri@goldmanismail.com*

Stephen B. Moldof (*pro hac vice*)
Joshua J. Ellison (*pro hac vice*)
Cohen, Weiss and Simon LLP
900 Third Avenue, Suite 2100
New York, NY 10022-4869
(212) 356-0208
*smoldof@cwsny.com*
*jellison@cwsny.com*

</div>

*Counsel for Defendant*
*Air Line Pilots Association, International*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I electronically filed the foregoing document via the CM/ECF system, which will send notification of such filing to all counsel of record.

<div style="text-align:right">

*/s/Rami N. Fakhouri*
Rami N. Fakhouri

</div>