# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 15, 2021

Before

DIANE S. SYKES, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 21-1034 | DAVID BISHOP and ERIC LISH,<br>Plaintiffs - Appellants<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-06243<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit