# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

August 6, 2021

**Taxed in Favor of: Appellee Air Line Pilots Association, International**

| | |
|---|---|
| No. 21-1034 | DAVID BISHOP and ERIC LISH,<br>Plaintiffs - Appellants<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-06243<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman | |

The mandate or agency closing letter issued in this cause on August 6, 2021.

BILL OF COSTS issued in the amount of: $101.40.

| | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|
| 1. For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. For reproduction of any record or paper, per page: | _____ | _____ |
| 3. For reproduction of briefs: | _____ | $101.40 |
| | TOTAL: | $101.40 |

form name: **c7_BillOfCosts**     (form ID: **140**)